# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **Sherri Long-Bucchi,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-3300-CV-S-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse and Remand*, filed March 9, 2015 [Doc.16]. After due consideration of the issues presented and for the reasons cited in the defendant's motion, it is

**ORDERED** that *Defendant's Motion To Reverse and Remand*, filed [Doc.] is **GRANTED** and this matter is **REVERSED AND REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with those set out in the brief of the Commissioner.

                                                  */s/ John T. Maughmer*
                                                  **John T. Maughmer**
                                              **United States Magistrate Judge**