IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Sherri Long-Bucchi, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-3300-CV-S-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed June 9, 2015 [Doc. 19]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed June 9, 2015 [Doc. 19] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $4,495.50.

　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*　　
　　　　　　　　　　　　　　　　　　　　**John T. Maughmer**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**